UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF IDAHO

| In re: | No.: **20-20470-NGH** |
|---|---|
| **AH TWO, LLC,** | Chapter **7** |
| Debtor. | |

**ORDER RESETTING HEARING**

Upon the Stipulation to Vacate and Reset Hearings on Creditors' Application for Administrative Expense [*ECF No. 99*], Motion for Order Approving Sale of Real Property [*ECF No. 122*], and Application for Compensation of Realtors [*ECF No. 123*], and for good cause shown,

IT IS HEREBY ORDERED that the hearing on the Motion for Order Approving Sale of Real Property [*ECF No. 122*], Application for Compensation of Realtors [*ECF No. 123*], and scheduling order [*ECF No. 151*], presently set for March 29, 2022, and Creditors' Application for Administrative Expense [*ECF No. 99*], presently set for April 18, 2022, are hereby vacated, and reset to a telephonic status conference on May 16, 2022, at 9:00 a.m. Pacific Time/10:00 a.m. Mountain Time at (669) 254-5252, passcode 160 5422 0978.

DATED: March 21, 2022

NOAH G. HILLEN
U.S. Bankruptcy Judge

1