UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>**AH TWO, LLC,**<br><br>　　　　　Debtor. | No.: **20-20470-NGH**<br><br>Chapter **11** |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the record before this Court and the Motion Requesting Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d) and Notice of LBR 4001.2 Requirements filed on May 16, 2022 [*ECF No. 165*] (the "Motion"), with notice of the Motion having been given in accordance with the applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules, and no objections having been raised other than the untimely filed Objection to the Beneficiaries' Motion Requesting Relief from Automatic Stay filed on June 7, 2022 [*ECF No.* 169] (the "Objection"), the Court finds that cause exists, pursuant to 11 U.S.C. §362(c), for the granting of the Motion, including, lack of adequate protection of an interest in the properties of Movants, the Debtor does not have any equity in such properties, such properties are not necessary to an effective reorganization, no timely objection to the Motion was filed, the Debtor has failed to establish standing to file the Objection, and good cause existing:

Now, therefore, IT IS HEREBY ORDERED that the Objection is OVERRULED.

IT IS FURTHER HEREBY ORDERED that the Motion is APPROVED.

The Automatic Stay imposed by 11 U.S.C. § 362(a) is hereby terminated as to Movants and to the real properties commonly described as:

　　1808 Northwest Blvd. (Lot B), Coeur d' Alene, ID 83814
　　1808 Northwest Blvd. (Lot C), Coeur d' Alene, ID 83814
　　1820 Northwest Blvd., Coeur d' Alene, ID 83814
　　1750 Pinewood Ct., Coeur d' Alene, ID 83814

IT IS FURTHER ORDERED that the provisions of LBR 4001.2 (b)(5), (6), and Federal Rules of Bankruptcy Procedure 4001(a)(3) are waived, and that the order shall be in full force and in effect upon signature of this Court.  ///END OF TEXT///

DATED: June 14, 2022



NOAH G. HILLEN
U.S. Bankruptcy Judge


Submitted by:

SOUTHWELL & O'ROURKE, P.S.


BY: /s/ Kevin O'Rourke_____
    KEVIN O'ROURKE, IDB #6130
     Attorney for Movants

APPROVED FOR ENTRY
NOTICE OF PRESENTMENT WAIVED

WINSTON CASHATT


BY: /s/ Darren M. Digiacinto for David P. Gardner, Chapter 7 Trustee
    DARREN M. DIGIACINTO, IDB #9382
     Attorney for Chapter 7 Trustee


APPROVED FOR ENTRY
NOTICE OF PRESENTMENT WAIVED

HOLT LAW OFFICE, P.L.L.C.


BY: /s/ Kevin P. Holt_____
    KEVIN P. HOLT, IDB. 7196
     Attorney for the Debtor