UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| IN THE MATTER OF: | Case No. 20-20470-NGH |
| AH TWO, LLC | Chapter 7 |
| Debtor. | |

**ORDER DENYING MOTION TO SELL PROPERTY AND FOR REALTOR COMPENSATION**

Upon consideration of the record before this Court and the Chapter 7 Trustee's Motion for Order Approving Sale of Real Property and Application for Compensation of Realtors (Doc Nos. 122, 123), the Objection to Motion for Order Approving Sale of Real Property and the Objection to Application for Compensation of Realtors (Doc Nos. 135, 136), and Debtor's objection filed herein (Doc. 139), and good cause existing:

Now, therefore, IT IS HEREBY ORDERED that the Motion for Order Approving Sale of Real Property (Doc. 122) and Application for Compensation of Realtor (Doc 123) are DENIED. ///END OF TEXT///

DATED: June 17, 2022

_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

1

Submitted by:

Holt Law Office, PLLC

BY /s/ Kevin Holt_____
    Kevin Holt, IDB #7196
      Attorney for Debtor

Approved for Entry
Notice of Presentment Waived

SOUTHWELL & O'ROURKE, P.S.

BY:  /s/ Kevin O'Rourke_____
KEVIN O ' ROURKE, IDB #6130
Attorney for "Beneficiaries"

APPROVED FOR ENTRY
NOTICE OF PRESENTMENT WAIVED

WINSTON CASHATT

BY:  /s/ Darren M. Digiacinto_____
DARREN M. DIGIACINTO, IDB #9382
For David Gardner, Chapter 7 Trustee

2