UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| IN THE MATTER OF: | Case No. 20-20470-NGH |
|---|---|
| AH TWO, LLC | Chapter 7 |
| Debtor. | |

**ORDER DENYING MOTION TO SELL PROPERTY AND FOR REALTOR COMPENSATION**

Upon consideration of the record before this Court and the Chapter 7 Trustee's Motion for Order Approving Sale of Real Property and Application for Compensation of Realtors (Doc Nos. 122, 123), the Objection to Motion for Order Approving Sale of Real Property and the Objection to Application for Compensation of Realtors (Doc Nos. 135, 136), and Debtor's objection filed herein (Doc. 139), and good cause existing:

Now, therefore, IT IS HEREBY ORDERED that the Motion for Order Approving Sale of Real Property (Doc. 122) and Application for Compensation of Realtor (Doc 123) are DENIED. ///END OF TEXT///

DATED: June 17, 2022

_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

1

Submitted by:

Holt Law Office, PLLC


BY /s/ Kevin Holt_____
    Kevin Holt, IDB #7196
      Attorney for Debtor


Approved for Entry
Notice of Presentment Waived

SOUTHWELL & O'ROURKE, P.S.


BY:  /s/ Kevin O'Rourke_____
KEVIN O ' ROURKE, IDB #6130
Attorney for "Beneficiaries"


APPROVED FOR ENTRY
NOTICE OF PRESENTMENT WAIVED


WINSTON CASHATT


BY:  /s/ Darren M. Digiacinto_____
DARREN M. DIGIACINTO, IDB #9382
For David Gardner, Chapter 7 Trustee

United States Bankruptcy Court

District of Idaho

| | |
|---|---|
| In re: | Case No. 20-20470-NGH |
| Ah Two, LLC | Chapter 7 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0976-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 17, 2022 | Form ID: pdf065 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ah Two, LLC, 9030 Hess, Hayden, ID 83835-9827 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett R Cahoon | on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov |
| David P. Gardner | trustee@winstoncashatt.com  dpg@winstoncashatt.com;ID17@ecfcbis.com;azh@winstoncashatt.com |
| David P. Gardner | on behalf of Trustee David P. Gardner trustee@winstoncashatt.com dpg@winstoncashatt.com;ID17@ecfcbis.com;azh@winstoncashatt.com |
| Kevin O'Rourke | on behalf of Creditor Kerry Lease & Associates  LLC, et. al. kevin@southwellorourke.com |
| Kevin P Holt | on behalf of Debtor Ah Two  LLC kholt@holtlawoffice.com, nichole@holtlawoffice.com;G18693@notify.cincompass.com |
| Safa Michael Riadh | on behalf of Creditor Commercial Lending Northwest safa@lawyercda.com |

| District/off: 0976-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 17, 2022 | Form ID: pdf065 | Total Noticed: 1 |

erinewebb@yahoo.com,riadhsr45791@notify.bestcase.com,r45791@notify.bestcase.com

US Trustee
    ustp.region18.bs.ecf@usdoj.gov

TOTAL: 7